| Loan # | Investor | TRADE CONFIRMATION DATE | Loan amount | Purchase Price | CLEAR TO PURCHASE (SPROUT) | APPROVED FOR FUNDING (EVOLVE) |
|---|---|---|---|---|---|---|
| 800018589 | SPROUT | 2/16/2022 | 360000 | 98.400 | 3/24/2022 | 3/22/2022 |
| 800018901 | SPROUT | 2/3/2022 | 586300 | 100.750 | 3/24/2022 | 3/16/2022 |
| 800019007 | SPROUT | 2/16/2022 | 648000 | 96.900 All conditions waived on 03/18 | | 3/22/2022 |
| 800019356 | SPROUT | 2/3/2022 | 529500 | 101.250 | 3/22/2022 | 3/10/2022 |
| 800019372 | SPROUT | 2/3/2022 | 719000 | 100.375 | 3/24/2022 | 3/10/2022 |
| 800019405 | SPROUT | 2/3/2022 | 704000 | 98.875 | 3/25/2022 | 3/25/2022 |
| 800019416 | SPROUT | 2/3/2022 | 422500 | 99.625 | 3/24/2022 | 3/18/2022 |
| 800019447 | SPROUT | 2/3/2022 | 520000 | 101.500 | 3/29/2022 | 3/10/2022 |
| 800019451 | SPROUT | 2/10/2022 | 448000 | 100.750 | 3/29/2022 | 3/22/2022 |
| 800019489 | SPROUT | 2/3/2022 | 1950000 | 100.375 | 3/24/2022 | 3/16/2022 |
| 800019493 | SPROUT | 2/3/2022 | 481000 | 100.375 | 3/24/2022 | 3/10/2022 |
| 800019560 | SPROUT | 2/16/2022 | 365000 | 97.650 | 3/24/2022 | 3/16/2022 |
| 800019567 | SPROUT | 2/3/2022 | 520000 | 100.000 All conditions waived on 03/23 | | 3/22/2022 |
| 800019573 | SPROUT | 2/16/2022 | 260000 | 96.900 | 3/23/2022 | 3/16/2022 |
| 800019579 | SPROUT | 2/3/2022 | 545000 | 100.000 All conditions cleared on 03/15 | | 3/14/2022 |
| 800019581 | SPROUT | 2/16/2022 | 1110000 | 100.275 | 3/28/2022 | 3/22/2022 |
| 800019602 | SPROUT | 2/3/2022 | 327920 | 100.750 | 3/24/2022 | 3/16/2022 |
| 800019606 | SPROUT | 2/16/2022 | 416000 | 96.150 | 4/6/2022 | 4/5/2022 |
| 800019622 | SPROUT | 2/16/2022 | 712500 | 95.625 All conditions cleared on 03/18 | | 4/7/2022 |
| 800019624 | SPROUT | 2/3/2022 | 658000 | 100.640 All conditions waived on 03/10 | | 3/10/2022 |
| 800019625 | SPROUT | 2/3/2022 | 763000 | 100.890 All conditions waived on 03/11 | | 3/9/2022 |
| 800019631 | SPROUT | 2/3/2022 | 474000 | 100.000 | 3/24/2022 | 3/10/2022 |
| 800019641 | SPROUT | 2/16/2022 | 220000 | 96.900 | 3/24/2022 | 3/16/2022 |
| 800019648 | SPROUT | 2/3/2022 | 283000 | 100.750 | 3/23/2022 | 3/10/2022 |
| 800019673 | SPROUT | 2/16/2022 | 870000 | 95.775 | 4/1/2022 | 4/1/2022 |
| 800019684 | SPROUT | 2/16/2022 | 490000 | 96.525 All conditions cleared on 03/22 | | 3/25/2022 |
| 800019711 | SPROUT | 2/16/2022 | 300000 | 96.525 | 4/1/2022 | 3/31/2022 |
| 800019713 | SPROUT | 2/3/2022 | 1070000 | 103.125 | 4/5/2022 | 3/22/2022 |
| 800019715 | SPROUT | 2/16/2022 | 1000000 | 97.650 | 3/23/2022 | 3/22/2022 |
| 800019717 | SPROUT | 2/3/2022 | 500000 | 101.125 | 3/24/2022 | 3/18/2022 |
| 800019734 | SPROUT | 2/3/2022 | 632000 | 100.375 | 3/24/2022 | 3/18/2022 |
| 800019765 | SPROUT | 2/3/2022 | 700000 | 101.500 | 3/23/2022 | 3/10/2022 |
| 800019766 | SPROUT | 2/16/2022 | 536000 | 97.275 All conditions cleared on 03/24 | | 3/10/2022 |
| 800019768 | SPROUT | 2/16/2022 | 386000 | 96.900 | 3/31/2022 | 3/31/2022 |
| 800019774 | SPROUT | 2/10/2022 | 334400 | 99.250 | 3/24/2022 | 3/17/2022 |
| 800019781 | SPROUT | 2/3/2022 | 672000 | 100.375 All conditions cleared on 03/03 | | 3/10/2022 |
| 800019783 | SPROUT | 2/16/2022 | 1010250 | 96.525 | 3/25/2022 | 3/16/2022 |
| 800019787 | SPROUT | 2/10/2022 | 950000 | 101.125 | 3/24/2022 | 3/18/2022 |
| 800019788 | SPROUT | 2/3/2022 | 402500 | 100.375 | 3/23/2022 | 3/7/2022 |
| 800019795 | SPROUT | 2/3/2022 | 1200000 | 101.170 All conditions waived on 03/23 | | 3/22/2022 |
| 800019797 | SPROUT | 2/16/2022 | 1950000 | 98.775 | 4/4/2022 | 3/22/2022 |
| 800019804 | SPROUT | 2/16/2022 | 400000 | 98.025 All conditions cleared on 03/10 | | 3/16/2022 |
| 800019844 | SPROUT | 2/16/2022 | 429000 | 96.900 All conditions waived on 03/17 | | 3/18/2022 |
| 800019868 | SPROUT | 2/16/2022 | 366000 | 98.775 | 3/25/2022 | 3/16/2022 |
| 800019876 | SPROUT | 2/16/2022 | 299000 | 97.650 | 3/30/2022 | 3/30/2022 |
| 800019904 | SPROUT | 2/10/2022 | 750000 | 99.625 | 03/29/20222 | 3/21/2022 |
| 800019905 | SPROUT | 2/10/2022 | 481900 | 100.750 | 3/25/2022 | 3/25/2022 |
| 800019912 | SPROUT | 2/16/2022 | 582500 | 97.650 | 4/1/2022 | 3/25/2022 |
| 800019926 | SPROUT | 2/16/2022 | 607500 | 96.150 All conditions cleared on 03/21 | | 3/18/2022 |
| 800019990 | SPROUT | 2/16/2022 | 922500 | 102.000 All conditions cleared on 03/10 | | 3/18/2022 |