| Loan # | Investor | Loan Amount | Closing Date on the Sale to Sprout | Unpaid Princial Balance at purchase | Purchase Price | Holdback | Refunded | Refunded received on | Holdback Balance |
|---|---|---|---|---|---|---|---|---|---|
| 800018325 | SPROUT | $ 508,900.00 | 02/01/22 | $ 507,364.63 | 100.351 | 10,178.00 | | | 10,178.00 |
| 800018448 | SPROUT | $ 522,800.00 | 01/20/22 | $ 521,187.67 | 101.111 | 10,456.00 | 10,456.00 | 02/14/22 | - |
| 800018678 | SPROUT | $ 200,000.00 | 01/20/22 | $ 199,383.21 | 101.43 | 4,000.00 | | | 4,000.00 |
| 800018499 | SPROUT | $ 487,500.00 | 01/21/22 | $ 486,092.86 | 101.954 | 9,750.00 | | | 9,750.00 |
| 800018467 | SPROUT | $ 536,250.00 | 01/20/22 | $ 534,596.19 | 101.111 | 10,725.00 | 10,725.00 | 02/25/22 | - |
| 800018652 | SPROUT | $ 420,000.00 | 01/21/22 | $ 418,840.65 | 102.517 | 8,400.00 | 8,400.00 | 02/25/22 | - |
| 800018744 | SPROUT | $ 396,000.00 | 02/03/22 | $ 395,024.20 | 103.62 | 7,920.00 | 7,920.00 | 02/25/22 | - |
| 800018429 | SPROUT | $ 591,500.00 | 02/04/22 | $ 589,635.50 | 101.15 | 11,830.00 | | | 11,830.00 |
| 800018425 | SPROUT | $ 502,000.00 | 02/08/22 | $ 500,551.01 | 101.954 | 10,040.00 | | | 10,040.00 |
| 800018629 | SPROUT | $ 896,000.00 | 01/21/22 | $ 893,296.74 | 101.392 | 17,920.00 | | | 17,920.00 |
| 800018640 | SPROUT | $ 598,000.00 | 01/21/22 | $ 596,195.83 | 101.392 | 11,960.00 | | | 11,960.00 |
| 800018670 | SPROUT | $ 870,000.00 | 01/20/22 | $ 867,375.19 | 101.392 | 17,400.00 | | | 17,400.00 |
| 800018630 | SPROUT | $ 735,000.00 | 01/21/22 | $ 732,632.23 | 100.548 | 14,700.00 | | | 14,700.00 |
| 800018545 | SPROUT | $ 475,000.00 | 01/21/22 | $ 473,598.18 | 101.673 | 9,500.00 | 9,500.00 | 02/25/22 | - |
| 800018494 | SPROUT | $ 560,000.00 | 01/20/22 | $ 558,454.21 | 102.517 | 11,200.00 | | | 11,200.00 |
| 800018388 | SPROUT | $ 872,880.00 | 01/20/22 | $ 870,470.56 | 102.517 | 17,457.60 | | | 17,457.60 |
| 800018771 | SPROUT | $ 800,000.00 | 01/20/22 | $ 798,644.06 | 101.954 | 16,000.00 | | | 16,000.00 |
| 800018542 | SPROUT | $ 552,000.00 | 01/21/22 | $ 550,608.27 | 103.421 | 11,040.00 | | | 11,040.00 |
| 800018667 | SPROUT | $ 404,250.00 | 01/20/22 | $ 403,003.28 | 101.111 | 8,085.00 | | | 8,085.00 |
| 800018311 | SPROUT | $ 488,000.00 | 02/01/22 | $ 486,682.92 | 102.693 | 9,760.00 | | | 9,760.00 |
| 800018761 | SPROUT | $ 390,000.00 | 02/08/22 | $ 389,425.46 | 101.673 | 7,800.00 | | | 7,800.00 |
| 800018721 | SPROUT | $ 525,000.00 | 02/01/22 | $ 524,243.57 | 101.849 | 10,500.00 | | | 10,500.00 |
| 800018556 | SPROUT | $ 1,300,000.00 | 01/25/22 | $ 1,295,902.21 | 100.829 | 26,000.00 | 26,000.00 | 02/25/22 | - |
| 800018666 | SPROUT | $ 280,000.00 | 01/21/22 | $ 277,602.57 | 100.426 | 5,600.00 | | | 5,600.00 |
| 800018528 | SPROUT | $ 1,930,000.00 | 01/21/22 | $ 1,924,304.24 | 101.74 | 38,600.00 | | | 38,600.00 |
| 800018767 | SPROUT | $ 822,500.00 | 01/21/22 | $ 821,366.81 | 102.84 | 16,450.00 | | | 16,450.00 |
| 200001409 | SPROUT | $ 1,287,000.00 | 01/20/22 | $ 1,283,900.78 | 103.53 | 25,740.00 | | | 25,740.00 |
| 800018818 | SPROUT | $ 412,000.00 | 01/21/22 | $ 411,432.38 | 102.59 | 8,240.00 | | | 8,240.00 |
| 800018612 | SPROUT | $ 462,000.00 | 01/20/22 | $ 461,418.74 | 103.96 | 9,240.00 | | | 9,240.00 |
| 200001337 | SPROUT | $ 784,000.00 | 01/28/22 | $ 782,990.82 | 103.68 | 15,680.00 | | | 15,680.00 |
| 800018829 | SPROUT | $ 578,500.00 | 01/21/22 | $ 577,589.57 | 101.15 | 11,570.00 | 11,570.00 | 02/25/22 | - |
| 800018782 | SPROUT | $ 690,000.00 | 01/20/22 | $ 687,679.16 | 100.31 | 13,800.00 | 13,800.00 | 02/25/22 | - |
| 800018785 | SPROUT | $ 459,200.00 | 01/20/22 | $ 458,523.50 | 101.74 | 9,184.00 | | | 9,184.00 |
| 800018460 | SPROUT | $ 277,500.00 | 02/25/22 | $ 275,240.98 | 102.03 | 5,550.00 | | | 5,550.00 |
| 800017737 | SPROUT | $ 660,000.00 | 02/01/22 | $ 659,150.43 | 103.256 | 13,200.00 | | | 13,200.00 |
| 800018862 | SPROUT | $ 442,500.00 | 01/20/22 | $ 441,833.52 | 101.46 | 8,850.00 | | | 8,850.00 |
| 800018732 | SPROUT | $ 720,000.00 | 01/20/22 | $ 718,939.29 | 101.99 | 14,400.00 | | | 14,400.00 |
| 800019217 | SPROUT | $ 462,000.00 | 02/11/22 | $ 460,835.18 | 101.89 | 9,240.00 | | | 9,240.00 |
| 800019353 | SPROUT | $ 540,000.00 | 02/07/22 | $ 539,221.96 | 101.19 | 10,800.00 | | | 10,800.00 |
| 800019375 | SPROUT | $ 627,750.00 | 02/04/22 | $ 627,750.00 | 101.74 | 12,555.00 | | | 12,555.00 |
| 800019058 | SPROUT | $ 276,000.00 | 02/10/22 | $ 275,271.74 | 102.29 | 5,520.00 | | | 5,520.00 |
| 800019202 | SPROUT | $ 840,000.00 | 02/14/22 | $ 838,789.71 | 101.19 | 16,800.00 | | | 16,800.00 |
| 200001498 | SPROUT | $ 368,000.00 | 02/11/22 | $ 367,515.40 | 101.06 | 7,360.00 | | | 7,360.00 |
| 800019481 | SPROUT | $ 520,000.00 | 02/14/22 | $ 519,250.77 | 101.38 | 10,400.00 | | | 10,400.00 |
| 800019448 | SPROUT | $ 530,000.00 | 02/11/22 | $ 529,419.89 | 102.19 | 10,600.00 | | | 10,600.00 |
| 800019390 | SPROUT | $ 592,000.00 | 02/14/22 | $ 591,184.39 | 101.38 | 11,840.00 | | | 11,840.00 |
| 800019260 | SPROUT | $ 735,000.00 | 02/01/22 | $ 735,000.00 | 101.39 | 14,700.00 | | | 14,700.00 |
| 800019261 | SPROUT | $ 250,000.00 | 02/08/22 | $ 250,000.00 | 102.76 | 5,000.00 | | | 5,000.00 |
| 200001439 | SPROUT | $ 1,323,000.00 | 02/14/22 | $ 1,316,316.33 | 99.375 | 26,460.00 | | | 26,460.00 |
| 800019126 | SPROUT | $ 675,000.00 | 02/03/22 | $ 675,000.00 | 100.97 | 13,500.00 | | | 13,500.00 |
| 800019282 | SPROUT | $ 1,818,600.00 | 02/15/22 | $ 1,816,311.94 | 101.81 | 36,372.00 | | | 36,372.00 |
| | | | | | | 659,872.60 | 98,371.00 | | 561,501.60 |