OFFIT KURMAN
Corp/Business Service

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*117881*

Index no : **1:22cv6304**
Date of Purchase: **07/26/2022**
Office No: 588689

| Plaintiff(s): | NEW WAVE LENDING GROUP, INC. |
|---|---|
| Defendant(s): | SPROUT MORTGAGE ASSET TRUST, et al. |

STATE OF NEW YORK COUNTY OF SUFFOLK      ss.:

**THOMAS M. ARLEO**, the undersigned, being duly sworn, deposes and says:
I am over 18 years of age, and not a party to this action. I reside within the State of New York, County of Suffolk.

On **08/11/2022** at **12:45 PM**, I served the within **SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET** with index number and date of filing thereupon affixed on **SPROUT MORTGAGE, LLC** a Domestic/Foreign Corporation or Municipality (one of) the **Defendant(s)** at **ATTN: MICHAEL STRAUSS, CEO, STUART KEPLAR, GENERAL COUNSEL, LAURA LARAIA, SHEA PALLANTE, DAVID AKRE, TODD LAUTZ OR ALEX CLARK., 90 MERRICK AVENUE, SUITE 500, EAST MEADOW, NY 11554** in the manner indicated below:

By delivering to and leaving personally with **CHRISTOPHER WRIGHT, VICE PRESIDENT** a managing or authorized agent, who indicated that he/she was authorized to accept service on behalf of the entity, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Male | White | Brown | 64 | 5'9"-6'2" | Over 200 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on

8/11/2022

Notary Public

X_____
THOMAS M. ARLEO
DGR LEGAL, INC.
1359 LITTLETON ROAD
MORRIS PLAINS, NJ 07950-3000
(P) 973-403-1700 / (F) 973-403-9222

ADAM C MUHLEMAN
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Suffolk County
No. 01MU6271533