ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW WAVE LENDING GROUP, INC.,

        Plaintiff,

    vs.

SPROUT MORTGAGE ASSET TRUST and
SPROUT MORTGAGE, LLC,,

        Defendant.

Case No. 1:22-cv-06304-LLS

**STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff New Wave

Lending Group, Inc. ("NWLG") and Defendants Sprout Mortgage Asset Trust and Sprout

Mortgage, LLC (together, "Sprout"), through their respective counsel, that:

    1.    The time for Sprout to answer, move, or otherwise respond to the Complaint is

hereby extended through and including September 20, 2022; and

    2.    Sprout hereby waives all challenges to the sufficiency of NWLG's service of

process of the Complaint, personal jurisdiction, and venue in the United States District Court for

the Southern District of New York.

DATED:    Uniondale, New York        Respectfully submitted,
              September 6, 2022

/s/ Nathan R. Jones
Nathan R. Jones
FORCHELLI DEEGAN TERRANA LLP
333 Earle Ovington Blvd., Suite 1010
Uniondale, NY 11553
Phone: (516) 248-1700
Fax: (516) 750-6415
E-Mail: njones@forchellilaw.com

*Attorneys for Sprout Mortgage Asset Trust
and Sprout Mortgage, LLC*

/s/ Daniel I. Goldberg
Daniel I. Goldberg
OFFIT KURMAN
590 Madison Ave., 6th Floor
New York, NY 10022
Tel.: (347) 589-8542
Fax: (212) 545-1656
digoldberg@offitkurman.com

*Attorneys for New Wave Lending Group, Inc.*

SO ORDERED:

Louis L. Stanton
Hon. Louis L. Stanton
United States District Judge

9/8/22