

**Offit | Kurman**®
Attorneys At Law

Trust. Knowledge. Confidence.

# MEMO ENDORSED

Daniel I. Goldberg
347-589-8542
digoldberg@offitkurman.com

December 5, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/22
```

**VIA ECF**
Hon. Louis L. Stanton, USDJ
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom 21C

*Re: New Wave Lending Group, Inc. v. Sprout Mortgage Asset Trust and Sprout Mortgage, LLC*
Case No. 1:22-cv-06304-LLS

Dear Judge Stanton:

This firm represents Plaintiff New Wave Lending Group, Inc. in the above-referenced matter. Per this Court's order (Doc. # 22), an in-person Rule 16(b) Initial Conference is currently scheduled for December 9, 2022 at 12:00 p.m. I am scheduled to be in Chicago on that date for my daughter's graduation weekend and will not be able to attend the conference. The parties are working towards resolving this matter, have a framework for a settlement and are hopeful that we can dispose of this case without the need for further litigation. To that end, the parties seek to conserve their and this Court's time and resources with respect to a Rule 26(f) report and Rule 16(b) initial conference.

By this joint letter application, the parties request an adjournment of the Initial Conference to January 11, 2023 and for an extension of the parties' time to submit the Rule 26(f) report and proposed scheduling order to December January 6, 2023. The parties further humbly seek leave for failure to timely submit this application pursuant to the Court's rules.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
Daniel I. Goldberg

*The 16(b) conference is adjourned to 2.30 pm on Friday January 13, 2023.*

*Louis L. Stanton*
*12/5/22*

590 Madison Ave. | 6th Floor | New York, NY 10022 | 212.545.1900
offitkurman.com