

**NATHAN R. JONES**
Partner
NJONES@FORCHELLILAW.COM

January 11, 2023

**Via ECF**
Hon. Louis L. Stanton, USDJ
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Courtroom 21C

> *New Wave Lending Group, Inc. v. Sprout Mortgage Asset Trust and Sprout Mortgage, LLC*
> 1:22-cv-06304-LLS

Dear Judge Stanton:

This firm represents defendants, Sprout Mortgage Asset Trust and Sprout Mortgage, LLC (together, "Sprout"), in the above-referenced matter.

Pursuant to this Court's order (Doc. # 25), the parties filed their joint Rule 26 conference report and proposed case management plan on January 6, 2023. Per that same order, the Rule 16(b) Initial Conference is currently scheduled for January 13, 2023 at 2:30 pm.

Due to scheduling conflicts, defendants respectfully request, on consent of plaintiff, a short adjournment of the conference. The parties jointly communicated by phone today with chambers and confirmed that the afternoon of next Thursday, January 19, 2023 works for both parties and should be an acceptable time to the Court.

As before, the parties continue to engage in good-faith, meaningful settlement discussions and are hopeful that this matter may be fully resolved in that manner.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
Forchelli Deegan Terrana LLP
By: Nathan R. Jones

cc: Daniel I. Goldberg, Esq. (*via ECF*)