

**NATHAN R. JONES**
Partner
NJONES@FORCHELLILAW.COM

March 10, 2023

**<u>Via ECF</u>**
Hon. Louis L. Stanton, USDJ
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 21C
New York, NY 10007-1312

> *New Wave Lending Group, Inc. v. Sprout Mortgage Asset Trust and Sprout Mortgage, LLC*
> 1:22-cv-06304-LLS

Dear Judge Stanton:

    This firm represents defendants, Sprout Mortgage Asset Trust and Sprout Mortgage, LLC (together, "Sprout"), in the above-referenced matter.

    At the Rule 16(b) Initial Conference held on January 19, 2023, this Court referred the case for settlement before the Magistrate Judge (Doc. # 28), and adjourned the conference to March 17, 2023.

    The settlement conference before the Magistrate Judge is currently scheduled for March 21, 2023 at 2:00 pm (Doc # 33).

    Therefore, defendants respectfully request, on consent of plaintiff, that this Court adjourn the conference scheduled for March 17, 2023 to a later date, to permit the parties to focus on the settlement process before the Magistrate.

    Thank you for your attention to this matter.

                                      Respectfully submitted,

                                      /s/
                              Forchelli Deegan Terrana LLP
                              By:  Nathan R. Jones

cc:    Daniel I. Goldberg, Esq. (*via ECF*)