ORIGINAL

MEMO ENDORSED



**NATHAN R. JONES**
PARTNER
NJONES@FORCHELLILAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/23

March 10, 2023

**Via ECF**
Hon. Louis L. Stanton, USDJ
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 21C
New York, NY 10007-1312

>  *New Wave Lending Group, Inc. v. Sprout Mortgage Asset Trust and Sprout Mortgage, LLC*
> 1:22-cv-06304-LLS

Dear Judge Stanton:

This firm represents defendants, Sprout Mortgage Asset Trust and Sprout Mortgage, LLC (together, "Sprout"), in the above-referenced matter.

At the Rule 16(b) Initial Conference held on January 19, 2023, this Court referred the case for settlement before the Magistrate Judge (Doc. # 28), and adjourned the conference to March 17, 2023.

The settlement conference before the Magistrate Judge is currently scheduled for March 21, 2023 at 2:00 pm (Doc # 33).

Therefore, defendants respectfully request, on consent of plaintiff, that this Court adjourn the conference scheduled for March 17, 2023 to a later date, to permit the parties to focus on the settlement process before the Magistrate.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
Forchelli Deegan Terrana LLP
By: Nathan R. Jones

cc: Daniel I. Goldberg, Esq. (*via ECF*)

*The conference is adjourned to April 14, 2023 at 2:00 pm.*

*Louis L. Stanton*
*3/10/23*

The Omni ▪ 333 Earle Ovington Blvd., Suite 1010 ▪ Uniondale, NY 11553 ▪ 516.248.1700 ▪ forchellilaw.com