ORIGINAL

# MEMO ENDORSED



**FORCHELLI DEEGAN TERRANA**

NATHAN R. JONES
PARTNER
NJONES@FORCHELLILAW.COM

May 11, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/23
```

**Via ECF**
Hon. Louis L. Stanton, USDJ
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 21C
New York, NY 10007-1312

> *New Wave Lending Group, Inc. v. Sprout Mortgage Asset Trust and Sprout Mortgage, LLC*
> 1:22-cv-06304-LLS

Dear Judge Stanton:

This firm represents defendants, Sprout Mortgage Asset Trust and Sprout Mortgage, LLC (together, "Sprout"), in the above-referenced matter.

At the Rule 16(b) Initial Conference held on January 19, 2023, this Court referred the case for settlement before the Magistrate Judge (Doc. # 28), and adjourned the initial conference to March 17, 2023. The first settlement conference before the Magistrate Judge was conducted on March 21, 2023 (Doc. # 32). By letter dated March 10, 2023 (Doc. # 34), the parties requested that this Court adjourn the initial conference until after the settlement conference. This Court adjourned the initial conference to Friday, April 14, 2023 (Doc. # 35).

Following the initial settlement conference, the Magistrate Judge scheduled a follow-up settlement conference on April 19, 2023 (Doc. # 37) to continue the negotiations. As a result, this Court adjourned the initial conference to Friday, May 12, 2023.

Due to scheduling conflicts, the second settlement conference before the Magistrate Judge has been adjourned from April 19, 2023 to May 22, 2023. Therefore, the parties respectfully request, on consent, that this Court adjourn the conference scheduled for May 12, 2023 to a later date, to permit the parties to continue the settlement process before the Magistrate.

*Granted*

Thank you for your attention to this matter.

*Friday July 7, 2023 at 2:30 PM*

Respectfully submitted,

/s/
Forchelli Deegan Terrana LLP
By: Nathan R. Jones

*Louis L. Stanton*
5/11/23

cc: Daniel I. Goldberg, Esq. (*via ECF*)

The Omni ▪ 333 Earle Ovington Blvd., Suite 1010 ▪ Uniondale, NY 11553 ▪ 516.248.1700 ▪ forchellilaw.com