

Daniel I. Goldberg<br>
347-589-8542<br>
digoldberg@offitkurman.com

July 5, 2023

VIA ECF
Hon. Louis L. Stanton, USDJ
United States District Court, SDNY
Daniel Patrick Moynihan United States Courthouse
Courtroom 21C
500 Pearl St. New York, NY 10007-1312

*Re: New Wave Lending Group, Inc. v. Sprout Mortgage Asset Trust and Sprout Mortgage, LLC*
Case No. 1:22-cv-06304-LLS

Dear Judge Stanton:

    This firm represents Plaintiff New Wave Lending Group, Inc. ("New Wave") in the above-referenced matter. A status conference is currently scheduled for July 7th at 2:30 p.m. In addition to the fact that I will be out of town with family on July 7th, Plaintiff New Wave (along with two (2) other creditors) just filed an involuntary bankruptcy petition against Defendant Sprout Mortgage LLC in the United States Bankruptcy Court for the Eastern District of New York, Case No. 1-23-42369. (See attached). As a result, this action is stayed pursuant to Section 362 of the Bankr. Code. I just notified Defendants' counsel of this filing, but they separately previously consented to an adjournment on the basis of my planned vacation. In light of this filing, we request that the conference be adjourned without date.

Respectfully submitted,
/s/
Daniel I. Goldberg