**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**    Sprout Mortgage, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 90 Merrick Avenue | |
   | Number    Street | Number    Street |
   | | |
   | | P.O. Box |
   | Fresh Meadows    NY    11554 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Nassau County | |
   | County | Number    Street |
   | | |
   | | City    State    ZIP Code |

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor    **Sprout Mortgage LLC**    Case number (*if known*)_____
          Name

---

6. **Debtor's website** (URL)  _____

---

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

---

8. **Type of debtor's business**

    *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ☒ None of the types of business listed.
    - ☐ Unknown type of business.

---

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

    - ☒ No
    - ☐ Yes. Debtor _____  Relationship _____
        District _____ Date filed _____ Case number, if known _____
                                            MM / DD / YYYY

        Debtor _____  Relationship _____
        District _____ Date filed _____ Case number, if known _____
                                            MM / DD / YYYY

---

### Part 3: Report About the Case

10. **Venue**

    *Check one:*
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor __Sprout Mortgage, LLC__  Case number (if known) _____
      Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| New Wave Leanding Group, Inc. | Flow Mortgage Loan Purchase and Sale Agreement. | $ 561,501.60 |
| JMJ Financial Group | Flow Mortgage Loan Purchase and Sale Agreement. | $ 198,670 |
| EF Mortgage LLC | Flow Mortgage Loan Purchase and Sale Agreement. | $ 585,475.40 |
| | Total of petitioners' claims | $ 1,345,647 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4: Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

New Wave Lending Group, Inc.
Name

1199 Fairway Drive
Number   Street

City of Industry | California | 91789
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____ | _____ | _____
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/30/2023__
         MM / DD / YYYY

X _____  CEO
Signature of petitioner or representative, including representative's title

**Attorneys**

ALBENA PETRAKOV
Printed name

Offit Kurman
Firm name, if any

590 Madison Ave, 6th Floor
Number   Street

New York | NY | 10022
City | State | ZIP Code

Contact phone  212-380-4106   Email  apetrakov@offitkurman.com

Bar number  4823274

State  NY

X _____
Signature of attorney

Date signed  07/03/2023
        MM / DD / YYYY

Debtor  Sprout Mortgage, LLC
Name

Case number (if known) _____

**Name and mailing address of petitioner**

EF Mortgage LLC
Name

711 Third Avenue, Suite 501
Number   Street

New York        New York       10017
City            State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City            State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

ALBENA PETRAKOV
Printed name

Offit Kurman
Firm name, if any

590 Madison Ave, 6th Floor
Number   Street

New York        NY            10022
City            State         ZIP Code

Contact phone  212-380-4106   Email  apetrakov@offitkurman.com

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

JMJ Financial Group
Name

26800 Aliso Viejo Parkway, Suite 200
Number   Street

Alio Viejo,      California     92656
City             State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

Virgil Kyle
Name

26800 Aliso Viejo Pkwy suite 200
Number   Street

Aliso Viejo        CA         92656
City              State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07  01  2023
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Albena Petrakov
Printed name

Offit Kurman
Firm name, if any

590 Madison Ave, 6th Floor
Number   Street

New York        NY            10022
City            State         ZIP Code

Contact phone _____  Email _____

Bar number  4823274

State  NY

X _____
Signature of attorney

Date signed  07/03/2023
            MM / DD / YYYY

Debtor: Sprout Mortgage, LLC

Case number (if known): _____

---

**Name and mailing address of petitioner**

Name: EF Mortgage LLC

Number Street: 711 Third Avenue, Suite 501

City: New York   State: New York   ZIP Code: 10017

**Name and mailing address of petitioner's representative, if any**

Name: Daniel Margolis c/o Ellington Management Group

Number Street: 711 Third Ave, Suite 501

City: New York   State: NY   ZIP Code: 10017

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/30/2023

Signature of petitioner or representative, including representative's title: General Counsel

---

Printed name: ALBENA PETRAKOV

Firm name, if any: Offit Kurman

Number Street: 590 Madison Ave, 6th Floor

City: New York   State: NY   ZIP Code: 10022

Contact phone: 212-380-4106   Email: apetrakov@offitkurman.com

Bar number: 48 23 274

State: NY

Signature of attorney

Date signed: 07/03/2023

---

**Name and mailing address of petitioner**

Name: JMJ Financial Group

Number Street: 26800 Aliso Viejo Parkway, Suite 200

City: Alio Viejo,   State: California   ZIP Code: 92656

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

Signature of petitioner or representative, including representative's title

---

Printed name: Albena Petrakov

Firm name, if any: Offit Kurman

Number Street: 590 Madison Ave, 6th Floor

City: New York   State: NY   ZIP Code: 10022

Contact phone: _____   Email: _____

Bar number: _____

State: _____

Signature of attorney

Date signed: _____

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4