ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NEW WAVE LENDING GROUP, INC.,

                Plaintiff,          22 Civ. 6304 (LLS)

      -against-              ORDER

SPROUT MORTGAGE ASSET TRUST and
SPROUT MORTGAGE, LLC,

                Defendants.
----------------------------------------X

It having been reported to the Court that plaintiff New Wave Lending Group, Inc. filed a Chapter 7 Involuntary Petition for Bankruptcy against defendant Sprout Mortgage, LLC in the United States Bankruptcy Court for the Eastern District of New York (Case No. 1-23-42369, later transferred to Case No. 8-23-72433 and converted to a Chapter 11 petition), all further proceedings in this case are hereby stayed.

Counsel are directed to notify this Court when the bankruptcy stay is no longer in effect.

So Ordered.

Dated: New York, NY
      April 23, 2026

                            *Louis L. Stanton*
                            Louis L. Stanton
                            U.S.D.J.